IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEROY SCOTT HUSAVA,                    )
                                       )
          Plaintiff,                   )
                                       )
     vs.                               )    Civil Action No.  08-0309
                                       )
MOHENIS SERVICES, INC., and            )
LAUREL LINEN SERVICES, INC.            )
                                       )
          Defendant.                   )

ORDER

     AND NOW, this 4th day of June, 2008, IT IS HEREBY ORDERED

that defendants Mohenis Services, Inc. and Laurel Linen Services,

Inc.'s motion to dismiss amended complaint [Doc. No. 13] is DENIED

without prejudice to defendants' ability to raise the defenses set

forth therein in a motion for summary judgment on a fully developed

record.

                              BY THE COURT:


                              _____

                              Gary L. Lancaster
                              United States District Judge




cc:  All counsel of record